# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                             Case No. 6:02-cr-129-Orl-18KRS

**JAMES ANTHONY RAYMOND**

---

## ORDER ON REVOCATION OF SUPERVISED RELEASE AND ORDER OF COMMITMENT

This cause came before the Court on a Petition for Warrant or Summons for Offender Under Supervision filed January 29, 2007 (Doc. No. 8), initiated by the U.S. Probation Officer as a result of the Probation Officer's belief that the defendant violated the conditions of his supervision. A final hearing on violation of supervised release was held by Magistrate Judge Karla R. Spaulding on February 2, 2007 and subsequently, a Report and Recommendation (Doc. No. 15) was entered by Magistrate Judge Karla R. Spaulding on February 5, 2007.

The defendant appeared before this Court on March 9, 2007, with counsel, Peter Warren Kenny and the Assistant United States Attorney. After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court adopts the Report and Recommendation (Doc. No. 15) and finds that the defendant has violated the conditions of supervised release.

It is **ORDERED AND ADJUDGED** that the defendant's supervised release term is hereby **REVOKED** and the defendant is committed to a new term of Supervised

Release for a period of **12 months with the Special Condition that the defendant enroll in and successfully complete the program at the Transition House**. All other terms of supervised release including full payment of restitution remain the same.

The defendant is hereby **REMANDED** to the custody of the United States Marshal for service of sentence at the Transition House.

**DONE** and **ORDERED** at Orlando, Florida this __9th__ day of March, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies to:

United States Attorney
United States Marshal
United States Probation Office
United States Pretrial Services
Counsel for Defendant
James Anthony Raymond